**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6333**

ANTHONY FRED MARTIN,

                    Plaintiff - Appellant,

          v.

SUSAN DUFFY,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence.  David C. Norton, District Judge.  (4:18-cv-00317-DCN)

Submitted:  July 19, 2018                                   Decided:  July 24, 2018

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Fred Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Fred Martin appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint on the ground that his due process claim is duplicative of that filed in a different case, and, in the alternative, fails to state a claim. We agree with the district court that Martin's allegations—allegations that are nearly identical to those that we have previously rejected—are insufficient to state a claim, and therefore affirm the district court's judgment. *Martin v. Duffy*, 858 F.3d 239, 252-54 (4th Cir. 2017), *cert. denied*, 138 S. Ct. 738 (2018); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*